FILED
SCRANTON
JUL 12 2006
MARY E. D'ANDREA, CLERK
Per:_____ DEPUTY CLERK

William J. Nealson Federal Building
U.S. Courthouse; The Clerk
235 N. Washington Avenue
Scraton, Pennsylvania 18501

Serrano Juan Pablo #44899        7/8/06
York County Prison
3400 Concord Rd                  00-CV-888
York Pennsylvania 17402

Dear: Cleark

The following is To greet you and hope That your fine in health and in The Company of Your Family and Co-workers. I also wanted To tell you That, I find Myself with The necessity of going To Such a respectable Person as yourself To Communicate a Series of Problems That Exist in This detention Center where all Types of Criminal Misconduct of The Part of Staff administration and Correctional Officer, For dipravation Human Rights, Civil Rights, in The Pravation of Civil Liberties, harasment Prison Conditions, extremely limite Mail, Phone, Medical Care and Racial Descrimination, a Certain amount of Money for Federal Offenders in This Place They are Stealing The Money I hope you Take Measures To eradicate This Corruption That

Leaves a lot to say about the system, for you kind of attention thank you and although I cannot talk to you personally through this message is what I have to say your sincere servant and friend -



**U.S. Department of Justice**

Executive Office for Immigration Review

*Office of the General Counsel*

5107 Leesburg Pike, Suite 2600
Falls Church, Virginia 22041

MAR - 8 2005

Mr. Juan Pablo Serrano
FCI Beckley
P.O. Box 350
Beaver, WV 25813

Dear Mr. Serrano:

    This is in response to your letter to the Executive Office for Immigration Review (EOIR), which was received on January 18, 2005. Your letter has been forwarded to me for a response.

    Regrettably, this office cannot offer any assistance. Please feel free to resubmit your letter with an English translation and we will be happy to assist you.

    Please note that the EOIR, which includes the Immigration Courts and the Board of Immigration Appeals, is an adjudicative body charged with interpreting immigration laws and conducting hearings on a wide variety of immigration issues. As such, the EOIR is precluded from providing legal assistance or advice. An experienced immigration attorney will be your best resource for determining what legal options may be available to you. To this end, we have enclosed a list of free legal service providers in your area who may be able to assist you.

Sincerely,

Christina Reyes
Paralegal Specialist

Enclosure

MAY-12-2005  15:04        Charleston WV USICE USCIS                    304 347 5765    P.01/01

**U.S. Department of Homeland Security**

Immigration and Customs Enforcement

# Immigration Detainer - Notice of Action

| File No. | A29 685 485 |
|---|---|
| Date: | 5/12/05 |

**To:** (Name and title of institution)
FCI Beckley
Beaver, WV

**From:** (ICE office address)
U.S. Immigration and Customs Enforcement
210 Kanawha Blvd West
Charleston, WV 25302

Name of alien: Serrano, Juan        04437-265

Date of birth: 3/22/55        Nationality: Mexico        Sex: Male

You are advised that the action noted below has been taken by U.S. Immigration and Customs Enforcement concerning the above-named inmate of your institution:

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.
☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)
☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)
☒ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE by calling __304-347-5773__ during business hours or __304-347-5773__ after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☒ Please return a signed copy via facsimile to __304-347-5765__ (Area code and facsimile number)

Return fax to the attention of __Angela Veronda__, at __304-347-5773__
(Name of INS officer handling case)        (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____

Angela Veronda
(Signature of ICE official)

Special Agent
(Title of ICE official)

**Receipt acknowledged:**

Date of latest conviction: _____
Estimated release date: _____        Latest conviction charge: _____

Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N

TOTAL P.01

"THIS CORRESPONDENCE ORIGINATES
FROM AN INMATE INSTITUTION"

Serrano Juan Pablo #44899
York County Prison
3400 Concord Rd
York, PA 17402

Special
Legal — Mail

LANCASTER PA. 176
10 JUL 2006 PM 1 L

William J. Nealson Federal
Building, U.S. Courthouse
P.O. Box 1148
Scranton, PA 18501

RECEIVED
SCRANTON
JUL 12 2006

18501+1148